UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
BANK OF THE WEST,                           )
                Plaintiff    )
                                            )
v.                                          )
                                            )   CIVIL ACTION NO.
KATHERINE BEESLEY,                          )   04 CV 10407 RGS
        In Personam                        )
                                            )
AND                                         )
                                            )
M/V DEFIANCE, her engines and               )
equipment                                   )
        In Rem                             )
                   Defendants    )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR AN ORDER DIRECTING
CLERK TO ISSUE WARRANT FOR ARREST OF VESSEL**

Now comes the plaintiff by and through its attorneys, Holbrook & Murphy, and moves this Honorable Court to order the clerk to issue a warrant for the arrest of the M/V DEFIANCE, pursuant to Supplemental Rule C (3)(a)(ii)(A) of the Federal Rules of Civil Procedure.

Plaintiff states that conditions for an *in rem* action appear to exist.

WHEREFORE, plaintiff prays that this Honorable Court issue an order directing the clerk to issue a warrant of the arrest of the M/V DEFIANCE.

                              **BANK OF THE WEST**
                              By its attorneys,

                              */s/ Seth S. Holbrook*
                              Seth S. Holbrook, BBO # 237850
                              HOLBROOK & MURPHY
                              150 Federal Street, 12th Floor
                              Boston, MA  02110
                              (617) 428-1151