UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BANK OF THE WEST,<br>    Plaintiff<br><br>v.<br><br>KATHERINE BEESLEY,<br>In Personam<br><br>AND<br><br>M/V DEFIANCE,<br>her engines and equipment,<br>In Rem<br>    Defendants | CIVIL ACTION NO.<br>04 CV 10407 RGS |

**IN REM WARRANT OF ARREST**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA:**

To the Marshal of the District of Massachusetts or his deputies:

**GREETING:**

    **WHEREAS** a complaint has been filed in the United States District Court for the District of Massachusetts.

    Upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

    You are therefore commanded to attach the said M/V DEFIANCE, Her Engines, Tackle, etc. now located in Beverly in said District, and to detain the same in your custody until further order of the Court respecting the same.

DATED AT BOSTON, March 3, 2004

TONY ANASTAS, CLERK

By:

_____
Deputy Clerk

NOTE: The claimant of property seized hereunder shall file his claim within 10 days after this Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.