APRIL 8, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* KATHERINE BEESLEY

*to appear as within directed by delivering to*   TWO ATTEMPTS, ADDRESS CONFIRMED BY TELEPHONE INFORMATION, 781-631-3688, COPY LEFT TAPED TO DOOR, SECOND COPY MAILED

**X**   *leaving at last and usual place of abode, to wit:*

No.   60 MAVERICK ST.
*in the*  MARBLEHEAD    *District of said*  ESSEX    *County an attested copy of the* SUMMONS, COMPLAINT AND PRAYER IN REM ARREST, IN REM WARRANT OF ARREST, PLAINTIFF'S MOTION TO APPOINT SUBSTITUTE CUSTODIAN

*Service and travel*    28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
35   *miles in the service of this process*

*Barry Bernard*
_____
Process Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Bank of the West

V.

Katherine Beesley
       and
M/V DEFIANCE,
her engines and
equipment

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10407RGS

TO: (Name and address of Defendant)

Katherine Beesley
60 Maverick Street
Marblehead, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth S. Holbrook
Holbrook & Murphy
150 Federal Street
12th Floor
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE

(By) DEPUTY CLERK