UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************)
BANK OF THE WEST,                    )
                    Plaintiff        )
                                     )
v.                                   )
                                     )   CIVIL ACTION NO.
KATHERINE BEESLEY,                   )   04 CV 10407 RGS
        In Personam                  )
                                     )
AND                                  )
                                     )
M/V DEFIANCE, her engines and        )
equipment                            )
        In Rem                       )
                                     )
                    Defendants       )
*************************************
```

## PLAINTIFF'S MOTION FOR ORDER OF PUBLICATION

NOW COMES the Plaintiff, by and through its undersigned attorneys and moves that this court order the publication of the following notice in *The Boston Globe*, pursuant to Supplemental Rule C(4) of the Federal Rules of Civil Procedure:

NOTICE IS HEREBY GIVEN THAT THE M/V DEFIANCE, Official number 658470, was seized by the United States Marshal on April 6, 2004, pursuant to a Warrant of Arrest issued by the United States District Court For The District of Massachusetts in an action captioned Bank of the West vs. M/V DEFIANCE In rem et al, Civil Action Number 04-10407-RGS. Any claimant shall file a claim within ten (10) days after the date of this Notice and shall serve an Answer within

twenty (20) days after filing the claim. The claim shall be verified on oath or solemn affirmation and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. Copies should also be sent to the Plaintiff's attorney, Seth S. Holbrook, c/o Holbrook & Murphy, 150 Federal Street, 12th Floor, Boston, MA 02110.

          **BANK OF THE WEST**
          By its attorneys,

          _/s/ Seth S. Holbrook_
          Seth S. Holbrook, BBO # 237850
          HOLBROOK & MURPHY
          150 Federal Street, 12th Floor
          Boston, MA 02110
          (617) 428-1151

## CERTIFICATE OF SERVICE

  I hereby certify that on May 27, 2004, a true copy of Plaintiff's Motion for Order of Publication was served by mail, postage prepaid, to the following people: Ms. Katherine Beesley, 60 Maverick St., Marblehead, MA 01945, and Mr. Marshall J. Handly, Handly, Cox & Moorman, P.C., 9 Abbott St., Beverly, MA 01915.

          _/s/ Seth S. Holbrook_
          Seth S. Holbrook, BBO# 237850
          Holbrook & Murphy
          150 Federal Street, 12th Floor
          Boston, MA 02110
          (617) 428-1151