UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************)
BANK OF THE WEST,            )
              Plaintiff      )
                             )
                             )
   v.                        )
                             )   CIVIL ACTION NO.:
KATHERINE BEESLEY,           )   04 cv 10407 RGS
              In Personam    )
                             )
     AND                     )
                             )
M/V DEFIANCE, her engines and)
equipment                    )
              In Rem         )
                             )
              Defendants     )
*****************************
```

## PLAINTIFF'S REPORT OF PROVIDING NOTICE OF ACTION

NOW COMES the Plaintiff, Bank of the West, in the above entitled action, by its attorneys, Holbrook & Murphy, and reports to the Court concerning its providing notice of this action pursuant to 46 U.S.C. § 31325 and Supplemental Rule C of the Federal Rules of Civil Procedure.

1. Notice was given to the owner of the vessel (and who was also the person in charge of the vessel) Katherine Beesley, by serving a copy of the summons and complaint on Ms. Beesley, who is also a defendant, on April 8, 2004.

2. Although not required under the statute, notice was also given to Beverly Port Marina, who alleges a lien on the vessel, by telephone and by facsimile dated April 6, 2004, a copy of which is attached hereto.

3. A review of the Abstract of Title, a copy of which is attached hereto, shows no other lienholders (other than the Plaintiff).

        **BANK OF THE WEST**
        By its attorneys,

        */s/ Seth S. Holbrook*
        Seth S. Holbrook, BBO # 237850
        HOLBROOK & MURPHY
        150 Federal Street, 12th Floor
        Boston, MA 02110
        (617) 428-1151

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2004, a true copy of Plaintiff's Report of Providing Notice of Action was served by mail, postage prepaid, to the following people: Ms. Katherine Beesley, 60 Maverick St., Marblehead, MA 01945, and Mr. Marshall J. Handly, Handly, Cox & Moorman, P.C., 9 Abbott St., Beverly, MA 01915.

        */s/ Seth S. Holbrook*
        Seth S. Holbrook, BBO# 237850
        Holbrook & Murphy
        150 Federal Street, 12th Floor
        Boston, MA 02110
        (617) 428-1151

# HOLBROOK & MURPHY

ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

150 FEDERAL STREET
TWELFTH FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 428-1151                                    FACSIMILE (617) 443-1696

## FACSIMILE TRANSMITTAL SHEET

**DATE:**       April 6, 2004

**TO:**         Mr. Marshall Handly

**FACSIMILE:**  978-921-6655

**RE:**         Katherine Beesley
                1982 Wellcraft 38ft Scarab/Beverly Port Marina

**FROM:**       Seth S. Holbrook

**REMARKS:**    We refer to the above and your letter of April 6, 2004.

We expressly disagree with your assertion that the vessel was maintained at our direction in outside storage and the implication that our client is in any way responsible for storage charges and maintenance services to this vessel after October 24, 2003. Ms. Beesley was already storing her vessel at your client's facility.

Please find attached a courtesy copy of the Complaint that was filed in the United States District Court.

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   5

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA U.S. MAIL.
THANK YOU.

DEPARTMENT OF TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

658470
(Official number)

(4) _____
(3) _____
(2) _____
(1) **DEFIANCE**
(Name of vessel)

This vessel was built at __SARASOTA, FL__ in __1982__ of __FRP__
by __WELLCRAFT MARINE CORPORATION__ for __DRY LAND MARINA, INC.__
as appears by __CG FORM 1261 DTD 4 MAY 83 ON FILE AT CLEVELAND OFFICE__

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and name of notary | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port or endst |
|---|---|---|---|---|---|---|---|---|
| DRY LAND MARINA, INC. | JEFFREY KIRSCH | B/S 100% | 25 APR 83 | | 21 DEC 84 3:15 PM | 85 – 32 INST. 67 | 21 DEC 84 | CLEVD |

PREVIOUS EDITION MAY BE USED

Page 1 of 3

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | | | OFFICIAL NO. 658470 |
|---|---|---|---|---|
| **INSTRUMENT** BS | **% CONVEYED** 100% | **DATE** 30 JUN 94 | **AMOUNT** NA | **BOOK** BOX 5-94 **PAGE** 130 |
| **FILED PORT** CLEVELAND, OH | **DATE** 25 AUG 94 | | **TIME** 8:45AM | **DATE TERMINATED** NA |
| **GRANTOR** JEFFREY KIRSCH | | | | |
| **GRANTEE** JON R. PALASKY | | | | |
| **INSTRUMENT** BS | **% CONVEYED** 100 | **DATE** 5/31/00 | **AMOUNT** $10.00 | **BOOK** 00-90 **PAGE** 251 |
| **FILED PORT** NVDC | **DATE** 7/31/00 | | **TIME** 7:20 AM | **DATE TERMINATED** - - - |
| **GRANTOR** Jon R. Palasky | | | | |
| **GRANTEE** Coastline Marine Sales, Inc | | | | |
| **INSTRUMENT** BS | **% CONVEYED** 100 | **DATE** 6/1/00 | **AMOUNT** $10.00 | **BOOK** 00-90 **PAGE** 252 |
| **FILED PORT** NVDC | **DATE** 7/31/00 | | **TIME** 7:20 AM | **DATE TERMINATED** - - - |
| **GRANTOR** Coastline Marine Sales, Inc     ***Vessel HIN is: WELA8836M82C*** | | | | |
| **GRANTEE** Katherine M. Beesley | | | | |
| **INSTRUMENT** PM | **% CONVEYED** 100 | **DATE** 6/2/00 | **AMOUNT** $47,491.25 | **BOOK** 00-90 **PAGE** 253 |
| **FILED PORT** NVDC | **DATE** 7/31/00 | | **TIME** 7:20 AM | **DATE TERMINATED** - - - |
| **GRANTOR** Katherine M. Beesley | | | | |
| **GRANTEE** Bank of the West P O Box 8160, Walnut Creek, CA  94596 | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:              TIME:

PORT:              PAGE    OF

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED
PREVIOUS EDITION OBSOLETE

*U.S. Government Printing Office: 1992 — 312-673/62347*

Page 2 of 3

SN 7530-01-GF3-2260

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE  Continuation Sheet No. 2 | Official No. 658470 |
|---|---|---|
| ISSUED AS AN ABSTRACT OF TITLE AS OF | | |
| DATE: May 26, 2004    TIME: 08:00 AM | LINDA UPPERCUE  NATIONAL VESSEL DOCUMENTATION CENTER | |