UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 23  A 11: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BANK OF THE WEST,<br>Plaintiff<br><br>v.<br><br>KATHERINE BEESLEY,<br>In Personam<br><br>AND<br><br>M/V DEFIANCE,<br>her engines and equipment,<br>In Rem<br>Defendants | CIVIL ACTION NO.<br>04 CV 10407 RGS |

## MOTION FOR ENTRY OF DEFAULT

Now comes the Plaintiff in the above entitled action, by its attorney, and moves this Honorable Court pursuant to Rule C(6)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims to default all persons who have failed to file and present claims as ordered by this Honorable Court, including the Defendant Katherine Beesley, and submits as grounds therefore that the Plaintiff has complied with all the requirements concerning publication and notice and that the time in which claims were to be filed has expired.

By its attorney,

*Seth S. Holbrook*

Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110
(617) 428-1151

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2004, a true copy of Plaintiff's Motion for Entry of Default was served by mail, postage prepaid, to the following people: Ms. Katherine Beesley, 60 Maverick St., Marblehead, MA 01945, and Mr. Marshall J. Handly, Handly, Cox & Moorman, P.C., 9 Abbott St., Beverly, MA 01915.

*Seth S. Holbrook*

Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151