UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 23  A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
*****************************)
BANK OF THE WEST,            )
                  Plaintiff  )
                             )
v.                           )
                             )   CIVIL ACTION NO.
KATHERINE BEESLEY,           )   04 CV 10407 RGS
         In Personam         )
                             )
     AND                     )
                             )
M/V DEFIANCE, her engines and)
equipment                    )
         In Rem              )
                             )
                  Defendants )
*****************************
```

## REPORT OF PUBLICATION

NOW COMES the Plaintiff, by and through its undersigned attorneys and reports to the court concerning its publication of the Notice of Seizure of the M/V DEFIANCE.

A copy of *The Boston Globe* classified listing is appended hereto.

                                BANK OF THE WEST
                                By its attorneys,

                                _Seth S. Holbrook_
                                Seth S. Holbrook, BBO # 237850
                                HOLBROOK & MURPHY
                                150 Federal Street, 12th Floor
                                Boston, MA  02110
                                (617) 428-1151

Ad Number      68CT0060
Client:        /Seth Holbrook/
ID:            M/V DEFIANCE, Official no. 658470
Classification: LEGAL NOTICES
Size:          1x33
Begin Date:    06/10/2004
End Date:      06/10/2004

JUN 14 2004

HOLBROOK & MURPHY
150 FEDERAL STREET
12th FL
BOSTON, MA  02110

*To place an ad:* **617-929-1500.**

# The Boston Globe
## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 06/10/2004 and ending 06/10/2004, appearing 1 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
06/10/04 8:41 AM



NOTICE IS HEREBY GIVEN THAT THE M/V DEFIANCE, Official number 658470, was seized by the United States Marshal on April 6, 2004, pursuant to a Warrant of Arrest issued by the United States District Court For The District of Massachusetts in an action captioned Bank of the West vs. M/V DEFIANCE in rem et al, Civil Action Number 04-10407-RGS. Any claimant shall file a claim within ten (10) days after the date of this Notice, June 10, 2004, and shall serve an Answer within twenty (20) days after filing the claim. The claim shall be verified on oath or solemn affirmation and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. Copies should also be sent to the Plaintiff's attorney, Seth S. Holbrook, c/o Holbrook & Murphy, 150 Federal Street, 12th Floor, Boston, MA 02110.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2004, a true copy of Plaintiff's Report of Publication was served by mail, postage prepaid, to the following people: Ms. Katherine Beesley, 60 Maverick St., Marblehead, MA 01945, and Mr. Marshall J. Handly, Handly, Cox & Moorman, P.C., 9 Abbott St., Beverly, MA 01915.

*Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151