UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
BANK OF THE WEST,                      )
       Plaintiff                       )
                                       )
       v.                              )
                                       )   CIVIL ACTION NO.
KATHERINE BEESLEY,                     )   04 CV 10407 RGS
       In Personam                     )
                                       )
       AND                             )
                                       )
M/V DEFIANCE, her engines and          )
equipment                              )
       In Rem                          )
                                       )
       Defendants                      )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR ORDER OF THE SALE OF VESSEL

NOW COMES the Plaintiff, by and through its undersigned attorneys and moves that this court order the sale of the M/V DEFIANCE.

As reason therefore, Plaintiff states that no claims have been filed against the vessel except that of the Plaintiff and that the matter is appropriate for a judicial sale conducted by the United States Marshal Service. A sale now would prevent the further incurrence of custodial fees.

WHEREFORE, Plaintiff prays that this court assign a court order for the sale of the M/V DEFIANCE pursuant to the arrangements being made by the United States Marshal Service, as soon as possible.

**BANK OF THE WEST**
By its attorneys,

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2004, a true copy of Plaintiff's Motion for Order of the Sale of Vessel was served by mail, postage prepaid, to the following people: Ms. Katherine Beesley, 60 Maverick St., Marblehead, MA 01945, and Mr. Marshall J. Handly, Handly, Cox & Moorman, P.C., 9 Abbott St., Beverly, MA 01915.

*/s/ Seth S. Holbrook*
Seth S. Holbrook