## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BANK OF THE WEST,<br>    Plaintiff | ) ) ) ) | |
| v. | ) ) | |
| KATHERINE BEESLEY,<br>In Personam | ) ) ) | CIVIL ACTION NO.<br>04 CV 10407 RGS |
| AND | ) ) | |
| M/V DEFIANCE,<br>her engines and equipment,<br>In Rem<br>    Defendants | ) ) ) ) ) | |

### ORDER APPROVING THE SALE OF VESSEL

It is so ORDERED:  That the sale, taking place on September 10, 2004, of the M/V DEFIANCE conducted by the United States Marshal's Office to the plaintiff, for $1.00 (one dollar) is approved.


_____
Judge Richard Stearns

10-21-04.